# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00309-RFB-PAL |
| Plaintiff, | ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |
| v. | |
| CYNTHIA MARIE CONSTANZO, | |
| Defendant. | |

Presently before the court is the matter of U.S.A. v. Cynthia Marie Constanzo. On May 10, 2017, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter.

The Court **ORDERS** that Ms. Constanzo is continued on release with same conditions as previously imposed with the following additions and modifications:

    1. Reside at Residential Reentry Center   You must reside at the and participate in the program at residential reentry center for a term of 90 days. You shall abide by all rules and regulations of the RRC that are not inconsistent with this order. You may request a modification as to your residence as approved by probation department. Subsistence payments while you are residing at the Residential Reentry Center are waived. Defendant's employment verification will be done by the Probation Officer and not RRC staff; and such verification will be consistent with this Court's order at the hearing on May 10, 2018.

IT IS SO ORDERED this 10th day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE