# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00309-RFB-PAL |
| Plaintiff, | **ORDER FOR MODIFICATION TO CONDITIONS OF SUPERVISION** |
| v. | |
| CYNTHIA MARIE CONSTANZO, | |
| Defendant. | |

On August 23, 2018, Defendant Cynthia Marie Constanzo appeared before the Court for the continued imposition of sentence of revocation. Based upon the Court's review of the record and for the reasons stated at the hearing,

**IT IS ORDERED** that the conditions of supervision for Defendant Consranzo are modified with the additional special condition:

1. **Substance Abuse Treatment**: You must participate in the inpatient substance abuse treatment You must participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program.

**IT IS FURTHER ORDERED** that Ms. Constanzo shall return to the Court for a status conference on October 11, 2018 at 10:00 AM in LV Courtroom 7C.

**DATED** this <u>23rd</u> day of August, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**